# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ZYRCUITS IP LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**GAMECHANGE SOLAR CORP.,**<br><br>Defendant. | Case No. 1:21-cv-00301-CFC<br><br>Patent Case<br><br>Jury Trial Demanded |

## NOTICE OF VOLUNTARY DISMISSAL

Now comes Plaintiff, Zyrcuits IP LLC, by and through its counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(i), and hereby voluntarily dismisses all of the claims asserted against Defendant GameChange Solar Corp., in the within action Without Prejudice with each party bearing their own costs and fees. GameChange Solar Corp. has not served an answer or a motion for summary judgment.

Dated: August 13, 2021

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: chong@chonglawfirm.com
ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I, Jimmy Chong, certify that on August 13, 2021 this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Jimmy Chong*_____
Jimmy Chong (#4839)